# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

SCOTT SEVERANCE                                    PLAINTIFF
#259033

v.                          No: 4:21-cv-1008-DPM

ERIC HIGGINS, Sheriff, Pulaski County;
ROSE, Major, Supervisor, PCRDF;
ALLEN, Lieutenant, Housing, PCRDF; and
NEWBURN, Lieutenant, Housing Night Shift,
PCRDF                                              DEFENDANTS

## JUDGMENT

Severance's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

9 December 2021